UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Chrome Cherry Limited

                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                Defendant.

Case No.:
1:21−cv−02578

Honorable Martha M. Pacold

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2021:

    MINUTE entry before the Honorable Martha M. Pacold: Defendants artxdhk at Line No. 1, fastoper_1 at Line No. 11, gpc663 at Line No. 15, lanla_5891 at Line No. 22, linxia−2136 at Line No. 25, wardcoffey at Line No. 35, yalu95 at Line No. 38, boebrykira at Line No. 44, Growth Wang, at Line No. 57, Jacky Lee at Line No. 64, snxmgngve at Line No. 83, suieefg6 at Line No. 88, and wolindtgvls at Line No. 95 are hereby dismissed with leave to reinstate within two hundred and seventy (270) days pursuant to the Notice of Dismissal Under Rule 41(a)(1) filed by Plaintiff on 9/30/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.